**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-01494-PHX-DGC |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Vanessa Crystal Anderson, | |
| Defendant. | |

Defendant was released on Pretrial Supervision on 12/11/2015. Pretrial Services filed an Amended Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel.

A Pretrial Release Revocation Hearing was held.

The Court finds that the Government has established by a preponderance of the evidence and based on the allegations in the petition, that the defendant violated conditions of her release. Arguments made on the issue of continued detention, the Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this ___25th___ day of ___February___, 2016.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge